UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-1063-DDP (AS) | Date | May 22, 2015 |
|---|---|---|---|
| Title | Maurice Miles, Sr. v. M.D. Biter, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

   As of today's date, Petitioner has not filed a Response to the Court's February 20, 2015 Order to Show Cause why this action should not be dismissed as a mixed petition, pursuant to Rose v. Lundy, 455 U.S. 509, 522 (1982).  The February 20, 2015 Order ordered Petitioner to file a Response selecting one of the four options in the Court's November 19, 2014 Order (see Docket No. 25).  (Docket No. 29).

   Although the Court could proceed to recommend that this action be dismissed for his failure to comply with Court orders and/or his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), the Court notes that Petitioner asserted, in responses to both the Court's October 6, 2014 Minute Order (see Docket No. 22) and the Court's November 19, 2014 (see Docket No. 25), that all Grounds alleged in the Petition are exhausted.  (See Docket Nos. 23 and 26 [both selecting Option 5 of the Court's October 6, 2014 Minute Order]).  Before recommending dismissal of this action for failure to comply with Court orders and/or failure to prosecute, the Court will provide Petitioner with one last opportunity to show that Grounds Two, Three, Four and Five of the Petition are exhausted.

   **Within twenty (20) days of the date of this Minute Order (or by no later than June 11, 2015),** Petitioner is ORDERED to file a Response specifying the exact page(s) and lines of the California Supreme Court pleading on which Grounds Two, Three, Four and Five of the Petition are alleged.  In the Response, Petitioner may also select - as a backup option - one of the four options identified in the Court's November 19, 2014 Order (and that were also identified in the Court's February 20, 2015 Minute Order, see Docket No.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV14-1063-DDP (AS) | Date | May 22, 2015 |
| Title | Maurice Miles, Sr. v. M.D. Biter, Warden | | |

19).  Failure to file a Response will be deemed an admission by Petitioner that he has failed to exhaust Grounds Two, Three, Four and Five of the Petition.

**Petitioner is warned that failure to comply with this Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders pursuant to Fed.R.Civ.P. 41(b) and/or dismissal without prejudice as a mixed petition.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |