# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE MILES, SR., | ) | NO. CV 14-1063-DDP (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 4, 2015.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE